# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3732

_____

| | | |
|---|---|---|
| Gabriel W. Mills, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| David Laser, Circuit Court Judge, | * | Eastern District of Arkansas. |
| Second Judicial Circuit; Brent Davis, | * | |
| Prosecuting Attorney, Second Judicial | * | [UNPUBLISHED] |
| Circuit; Carla Powell, Deputy | * | |
| Prosecuting Attorney, Second Judicial | * | |
| Circuit; Mike Everett, Attorney at Law; | * | |
| Poinsett County; Arkansas State | * | |
| Hospital; L. D. Gibson, Poinsett | * | |
| County Public Defender; Thomas E. | * | |
| Fowler, Attorney at Law, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 1, 2004
Filed:  September 7, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Gabriel W. Mills appeals the district court's[1] dismissal, under the <u>Younger</u>[2] abstention doctrine, of his 42 U.S.C. § 1983 action. We conclude that the district court did not abuse its discretion in declining to exercise jurisdiction in light of ongoing state proceedings. <u>See</u> <u>Night Clubs, Inc. v. City of Fort Smith, Ark.</u>, 163 F.3d 475, 479 (8th Cir. 1998) (standard of review). Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, but we modify the dismissal to be without prejudice, <u>see</u> <u>Anderson v. Schultz</u>, 871 F.2d 762, 766 (8th Cir. 1989) (dismissal without prejudice is appropriate when court abstains under <u>Younger</u>).

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

[2]<u>See</u> <u>Younger v. Harris</u>, 401 U.S. 37, 46 (1971).